UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11457-GAO

DYLAN KENNEDY and MITCHELL KENNEDY,
Plaintiffs,

v.

TOWN OF BILLERICA, DANIEL C. ROSA, JR., Individually and as Chief of the Billerica Police Department, STEVEN ELMORE, ROBERT T. MORAN, JR., JEFFREY C. STRUNK, GLEN MAGNAN, WILLIAM MACDONALD and JOHN DOE
Defendants.

OPINION AND ORDER
May 8, 2012

O'TOOLE, D.J.

Plaintiffs have moved to compel further answers to interrogatories pursuant to Rule 37 of the Federal Rules of Civil Procedure. The plaintiffs argue the defendants' answers are incomplete and that the defendants have improperly employed Rule 33(d) of the Federal Rules of Civil Procedure to avoid answering interrogatories.

After careful review, the Motion to Compel (dkt. no. 28) is DENIED. To the extent they seek information beyond the substantial document production and written answers to interrogatories, plaintiffs' discovery requests are redundant, overbroad, burdensome and not reasonably calculated to lead to the discovery of admissible evidence. The defendants have provided relevant records, including police reports, witness interviews and medical records, relating to the incident at issue.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge