**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

DYLAN KENNEDY AND MITCHELL KENNEDY,
        Plaintiff(s)

v.                          CIVIL ACTION NO. 10-11457-GAO

ROBERT MORAN, JR., GLENN MAGNAN, WILLIAM MACDONALD, AND JEFFREY STRUNK
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE        U.S.D.J.

**X**        **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

        **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**As to plaintiff Mitchell Kennedy:**

**On Count IV, alleging a violation of 42 USC Sec. 1983 by use of excessive force, the jury finds in favor of defendants Officer Moran and Officer MacDonald.
On Count IV, alleging a violation of 42 USC Sec. 1983 by unlawful arrest, the jury finds in favor of plaintiff against Officer Moran and awards damages in the amount of $2,500.00. With respect to defendant Officer MacDonald, the jury finds in favor of the defendant.
On Count VIII, alleging false arrest and false imprisonment, the jury finds in favor of defendants Officer Moran and Officer MacDonald.**

**As to plaintiff Dylan Kennedy:**

**On Count IV, alleging a violation of 42 USC Sec. 1983 by use of excessive force, the jury finds in favor of defendants Officer Strunk and Officer Magnan.**

**All other claims were waived or resolved in favor of the defendants by order of the court.**

                                      ROBERT M. FARRELL
                                      ACTING CLERK OF COURT

Dated: 8/9/13                      By   /s/ Paul Lyness
                                                                Deputy Clerk